UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSH BRUECKNER,

       Plaintiff,

-against-

YOU CAN BEAM LLC,

       Defendant.

20-cv-3323 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

    It is hereby ordered that for good cause shown the time for the parties to complete discovery is extended until January 29, 2021.

    SO ORDERED.

Dated:  New York, NY

         December 22, 2020

                                         _____
                                         JED S. RAKOFF, U.S.D.J.