# EXHIBIT B



 youcanbeam · **Follow**    **···**

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

**rohinijaglan** 💥💥💥💥 

49w · Reply

       

**1,110 likes**

MARCH 4, 2020

 Add a comment…     Post



 youcanbeam • Follow •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥 

49w Reply

   

**1,110 likes**

MARCH 4, 2020

 Add a comment... Post



 youcanbeam   • Follow 

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥 

49w   Reply

   

**1,110 likes**

MARCH 4, 2020

   Add a comment…     Post



 youcanbeam · **Follow**    ⋯

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

**rohinijaglan** 💥💥💥💥 

49w · Reply

       

**1,110 likes**

MARCH 4, 2020

 Add a comment…     Post



 youcanbeam • Follow ...

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥

49w Reply

       

**1,110 likes**

MARCH 4, 2020

 Add a comment...     Post



 youcanbeam · **Follow**

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥

49w · Reply

1,110 likes

MARCH 4, 2020

Add a comment…     Post

Case 1:20-cv-03323-JSR Document 15-2 Filed 02/12/21 Page 8 of 32



 **youcanbeam** · *Follow*    ···

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan** 💥💥💥💥 

49w · Reply

       

**1,110 likes**

MARCH 4, 2020

 Add a comment...     Post



 youcanbeam • Follow ...

**youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

**rohinijaglan** 

49w · Reply

**1,110 likes**

MARCH 4, 2020

Add a comment...  Post

BEAM | Home (youcanbeam) • Instagram photos and videos



 youcanbeam • Follow    •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan     

49w · Reply

 ♡   ◯   ◁      ⛉

**1,110 likes**

MARCH 4, 2020

☺   Add a comment…      Post

BEAM Bourbon (@youcanbeam) • Instagram photos and videos



 youcanbeam • Follow    •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan       

49w    Reply

♡    ○    ⍉                                    ⊡

**1,110 likes**

MARCH 4, 2020

☺    Add a comment…                    Post

BEAM (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • *Follow*    •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

**rohinijaglan** 💥💥💥💥  ♡

49w   Reply

♡    ◯    ◁         🔖

**1,110 likes**

MARCH 4, 2020

☺   Add a comment…             *Post*

BEAM Documents (@youcanbeam) • Instagram photos and videos



 youcanbeam   •   Follow     •••

 **youcanbeam** launching today at 1pm
eastern standard time #youcanbeam
#beamazing

49w

 rohinijaglan 💥💥💥💥

49w Reply

**1,110 likes**

MARCH 4, 2020

 Add a comment…      Post



 youcanbeam · Follow ···

**youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 rohinijaglan 💥💥💥💥 

49w Reply

   

**1,110 likes**

MARCH 4, 2020

 Add a comment... Post

BRAND (@youcanbeam) • Instagram photos and videos



 youcanbeam • **Follow**    •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥    

49w · Reply

      

**1,110 likes**

MARCH 4, 2020

 Add a comment…      Post

BEAM Document (youcanbeam) • Instagram photos and videos



 youcanbeam • Follow ...

 youcanbeam launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥

49w · Reply

1,110 likes

MARCH 4, 2020

Add a comment... Post

BEAM Documentary (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • **Follow** ···

**youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

**rohinijaglan** 💥💥💥💥

49w · Reply

**1,110 likes**

MARCH 4, 2020

Add a comment…     Post

BEAM Documents (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • Follow 

**youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥

49w Reply

   

**1,110 likes**

MARCH 4, 2020

 Add a comment… Post



 youcanbeam • **Follow**    •••

**youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan  

49w · Reply

  

**1,110 likes**

MARCH 4, 2020

☺   Add a comment…      Post

BEAM Documentary (youcanbeam) • Instagram photos and videos



 youcanbeam  •  Follow     •••

**youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥

49w   Reply

       

**1,110 likes**

MARCH 4, 2020

 Add a comment…     Post





 **youcanbeam** · *Follow* · · ·

**youcanbeam** launching today at 1pm
eastern standard time #youcanbeam
#beamazing

49w

 **rohinijaglan** 💥💥💥💥

49w Reply



**1,110 likes**

MARCH 4, 2020

Add a comment… Post

BEAM (@youcanbeam) • Instagram photos and videos



 youcanbeam • Follow   •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan** 💥💥💥💥   

49w   Reply

       

**1,110 likes**

MARCH 4, 2020

 Add a comment…   Post

BEAM (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • Follow    

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan** 💥💥💥💥    

49w   Reply

      

**1,110 likes**

MARCH 4, 2020

Add a comment…    Post

BEAM (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • *Follow* ···

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

**rohinijaglan** 💥💥💥💥 

49w · Reply

   

**1,110 likes**

MARCH 4, 2020

 Add a comment... Post

BEAM (@youcanbeam) • Instagram photos and videos



 youcanbeam • Follow ···

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w



**rohinijaglan** 💥💥💥💥

49w  Reply



❤️ 💬 ✈️ 🔖

**1,110 likes**

MARCH 4, 2020

🙂 Add a comment… Post

BEAM Documents (@youcanbeam) • Instagram photos and videos



 youcanbeam • Follow     •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 rohinijaglan      

49w · Reply



**1,110 likes**

MARCH 4, 2020

🙂   Add a comment...     Post

BEAM (@youcanbeam) • Instagram photos and videos



 youcanbeam • Follow ...

youcanbeam launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

rohinijaglan 💥💥💥💥

49w · Reply

  

**1,110 likes**

MARCH 4, 2020

Add a comment...     Post

BEAM (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • *Follow*    •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan** 💥💥💥💥    

49w   Reply

        

**1,110 likes**

MARCH 4, 2020

😊   Add a comment…      Post



 youcanbeam • **Follow** ···

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan**  

49w Reply





**1,110 likes**

MARCH 4, 2020

☺ Add a comment... Post

BEAM Doublutfinger (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • **Follow**    •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan** 💥💥💥💥 

49w · Reply

       

**1,110 likes**

MARCH 4, 2020

 Add a comment…     Post



 **youcanbeam** • **Follow**

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan**  

49w Reply



**1,110 likes**

MARCH 4, 2020

 Add a comment... Post

BEAM Documentary (@youcanbeam) • Instagram photos and videos



 **youcanbeam** • Follow     •••

 **youcanbeam** launching today at 1pm eastern standard time #youcanbeam #beamazing

49w

 **rohinijaglan** 💥💥💥💥    

49w   Reply

        

**1,110 likes**

MARCH 4, 2020

 Add a comment…      Post