# EXHIBIT C

Sent from my iPhone

Begin forwarded message:

> **From:** Josh Brueckner <jbrueckbusiness@gmail.com>
> **Date:** February 11, 2021 at 11:13:23 AM EST
> **To:** Jake Rosen <info@jakerosenentertainment.com>
> **Subject: Fwd: March Schedule: Josh**
>
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Michael Yewdell <mike@youcanbeam.com>
>> **Date:** March 6, 2020 at 12:00:31 PM MST
>> **To:** Josh Brueckner <jbrueckbusiness@gmail.com>
>> **Cc:** Jake Rosen <info@jakerosenentertainment.com>, Russell Saks <russell@youcanbeam.com>
>> **Subject: March Schedule: Josh**
>>
>>
>> Hey Josh,
>>
>> Appreciate all of the support on the launch, we're excited to see where things go for the rest of the month! I think the biggest thing that will help conversions is education so I think that should be the focus of March.
>>
>> **Also for reference, & we will update you monthly on the numbers:**
>> **You had an incredible 2,000 people visit the site but only 3 conversions thus far for the month**
>> **an even split of whey protein, vegan protein, and pre-workout**
>>
>> This is why we think the education + coupon codes will incentivize your followers to convert to sales going forward. Do you think the term "support your boy and swipe up to shop" would help convert more? Just thinking of other ideas too.
>>
>> To keep things organized from now on I will send you a monthly schedule so we can both be on the same page. Also, thank you again for being so flexible through this whole process. Now that we are beyond the launch we can be more planned out.
>>
>> **GOAL OF THE MONTH:** Educate the consumer on your "why" - Why do you take the product and why they should too
>>
>> **TIPS**: stress that they should use your coupon code for a discount: **JOSH**
>>
>> **March 9th**

**- IG Story (with swipe up)** - Pick your product you want to stress and I can help you go over the "why". Here is why I am taking this product and here is why you should too!
your followers should start taking and why.

**March 11th**
**- YouTube: Jatie Vlogs** - reiteration of the above. Here is me taking XX product before/after the gym. Here is what I recommend you take and how to take it (I am happy to jump on a call or over text to discuss this)
   **As a reminder:** If you could please add your BEAM link and coupon code to all youtube videos moving forward, thank you!
**March 17th**
**- IG Story (with swipe up):** Continue here with the education/recommendation of which products

**March 25th**
**- IG Story (with swipe up):** Continue to show you taking XX product and why you like it so much, continue reiterating why they should buy/take it too

**March 30th**
**- IG Story: Reiteration of education as discussed above**


As you know, I am here top help you in any way possible. Please let me know if you have any questions.

Best,


Michael Yewdell l Co-Founder
(914) 374-5764 | @youcanbeam

5