# EXHIBIT G

April 8, 2020

To Josh Brueckner:

As a result of your failure to perform the Services required by the Independent Contractor Agreement between you and You Can Beam, LLC entered into on February 1, 2020, despite our notifying you and your representation of these failures on several occasions, by this email, we are formally notifying you of our termination of the Agreement effective immediately pursuant to Section 13 of the Agreement.

Sincerely,
Russell Saks