UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH BRUECKNER,<br><br>      Plaintiff,<br><br>  -against-<br><br>YOU CAN BEAM LLC,<br><br>      Defendant. | 20-cv-3323 (JSR)<br><br><u>ORDER</u> |

JED S. RAKOFF, U.S.D.J.

    Mixed martial arts fighter Josh Brueckner brings a breach of contract claim against You Can Beam LLC, alleging that defendant failed to provide adequate notice before terminating the parties' Independent Contractor Agreement. Before the Court is plaintiff's motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(a).

    Upon consideration, the Court grants the motion for summary judgment. An opinion explaining the reasons for this ruling will follow in due course.

    SO ORDERED.

Dated:   New York, NY

          April 9, 2021　　　　　　　　　　　　_____
                                                         JED S. RAKOFF, U.S.D.J.