UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSH BRUECKNER<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YOU CAN BEAM LLC,<br><br>　　　　　Defendant. | Civ. No. 20 CV 3323 (JSR) |

## **PROPOSED ORDER OF JUDGMENT**

This matter having come before the Court upon the motion of Plaintiff Josh Brueckner for Summary Judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure;

WHEREAS, Plaintiff moved the Court for summary judgment on Plaintiff's claim for breach of contract and on Defendant You Can Beam LLC's breach of contract counterclaim; and

WHEREAS, by Memorandum and Order dated May 27, 2021, the Court granted Plaintiff's motion in all respects; and

WHEREAS, the agreement at issue required Defendant to make monthly payments of $15,000 to Plaintiff for six months and provide one month's notice prior to termination, or seven $15,000 payments in total, unless the agreement was properly terminated for cause; and

WHEREAS, the Court found that Defendant did not properly terminate the agreement for cause; and

WHEREAS, Defendant made one $15,000 payment to Plaintiff, leaving six payments of $15,000 due, or $90,000 due in total; and

WHEREAS, in this case filed under the diversity jurisdiction of the Court, interest is calculated pursuant to CPLR §5004 at nine percent per annum; and

WHEREAS, Defendant breached the agreement by terminating it without cause on April 8, 2020; and

WHEREAS, interest at nine percent per annum on $90,000 for the period from April 8, 2020 until May 27, 2021 equals $9,187.40; and

IT IS HEREBY ORDERED AND ADJUDGED, that judgment is entered in favor of Plaintiff Josh Brueckner, and against Defendant, You Can Beam LLC, in the amount of $99,187.40; and

IT IS FURTHER ORDERED, that judgment shall be entered by the clerk for the total amount as set forth and computed above.

Dated: 7/30/2021

HON. JED S. RAKOFF, U.S.D.J