**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOSH BRUECKNER,

            Plaintiff,

   -against-                                              20 **CIVIL** 3323 (JSR)

                                                                   **JUDGMENT**

YOU CAN BEAM, LLC,

           Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order of Judgment dated July 30, 2021, judgment is hereby entered in favor of Plaintiff Josh Brueckner and against Defendant You Can Beam LLC, in the amount of $99,187.40.

**Dated:**  New York, New York
           July 30, 2021

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                      **BY:**
                                                           **Deputy Clerk**